## DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
### FOURTH DISTRICT

**JORGE MORLAS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-2244

[December 8, 2022]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 09-000821CF10B.

Jorge Morlas, Jasper, pro se.

No response required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and GERBER, JJ., concur.

\*    \*    \*

***Not final until disposition of timely filed motion for rehearing.***